[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 97-2203

UNITED STATES,

Appellee,

v.

RICARDO GONZALEZ,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Selya and Boudin, Circuit Judges. 



Charles W. Rankin and Rankin & Sultan on brief for appellant. 
Donald K. Stern, United States Attorney, and William F. Sinnott, 
Assistant U.S. Attorney, on brief for appellee.



February 20, 1998


Per Curiam. We perceive no error in the district 

court's adherence to our decision in United States v. Clase- 

Espinal, 115 F.3d 1054, 1059-60 (1st Cir.), cert. denied, 118 

S.Ct. 384 (1997), and defendant offers no substantial reason

to revisit or distinguish that decision. In all events, we,

as a panel, are bound by the panel decision in Clase-Espinal. 

See, e.g., United States v. Wogan, 938 F.2d 1446 (1st Cir. 

1991).

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-